15 So.3d 17 (2009)
Mario ECHEMENDIA, Appellant,
v.
The STATE of Florida, Appellee.
No. 3D08-2101.
District Court of Appeal of Florida, Third District.
April 22, 2009.
Rehearing Denied August 25, 2009.
Alfonso Oviedo-Reyes, for appellant.
Bill McCollum, Attorney General, and Timothy R.M. Thomas, Assistant Attorney General, for appellee.
Before RAMIREZ and ROTHENBERG, JJ., and SCHWARTZ, Senior Judge.
PER CURIAM.
Affirmed. See Orozco v. State, 987 So.2d 816, 817 (Fla. 3d DCA 2008).